# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SOUTHWESTERN ENERGY
PRODUCTION COMPANY

v.

FOREST RESOURCES, LLC,
KOCJANCIC FAMILY LIMITED
PARTNERSHIP, HAROLD H.
WOLFINGER, JR., ULTRA
RESOURCES, INC., JACKSON
CORNERS SPORTSMEN, INC.,
NORTHERN FORESTS II, INC., WEVCO
PRODUCTION, INC. AND ANADARKO
PETROLEUM CORPORATION, LP A/K/A
ANADARKO PETROLEUM
CORPORATION
INTERNATIONAL DEVELOPMENT
CORPORATION AND TRUSTEES OF THE
THOMAS E. PROCTOR HEIRS TRUST DATED
OCTOBER 28, 1980
TRUSTEES OF THE THOMAS E. PROCTOR
HEIRS TRUST

v.

FOREST RESOURCES, LLC,
KOCJANCIC FAMILY LIMITED
PARTNERSHIP, HAROLD H.
WOLFINGER, JR., ULTRA
RESOURCES, INC., JACKSON
CORNERS SPORTSMEN, INC.,
NORTHERN FORESTS II, INC., AND
INTERNATIONAL DEVELOPMENT
CORPORATION,
TRUSTEES OF THE THOMAS E. PROCTOR
HEIRS TRUST

v.

SOUTHWESTERN ENERGY
PRODUCTION COMPANY AND
LANCASTER EXPLORATION &
DEVELOPMENT CO., LLC,

: No. 141 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

v.                                              :
                                                :
                                                :
TRUSTEES OF THE MARGARET O. F.                  :
PROCTOR TRUST                                   :
                                                :
                                                :
PETITION OF: LANCASTER                          :
EXPLORATION & DEVELOPMENT CO.,                  :
LLC                                             :
                                                :
                                                :
                                                :
                                                :
                                                :
                                                :
                                                :
                                                :
                                                :
                                                :

SOUTHWESTERN ENERGY                             : No. 142 MAL 2014
PRODUCTION COMPANY                              :
                                                : Petition for Allowance of Appeal from the
            v.                                  : Order of the Superior Court
                                                :
FOREST RESOURCES, LLC,                          :
KOCJANCIC FAMILY LIMITED                        :
PARTNERSHIP, HAROLD H.                          :
WOLFINGER, JR., ULTRA                           :
RESOURCES, INC., JACKSON                        :
CORNERS SPORTSMEN, INC.,                        :
NORTHERN FORESTS II, INC., WEVCO               :
PRODUCTION, INC. AND ANADARKO                   :
PETROLEUM CORPORATION, LP A/K/A                 :
ANADARKO PETROLEUM                              :
CORPORATION                                     :
INTERNATIONAL DEVELOPMENT                       :
CORPORATION AND TRUSTEES OF THE                 :
THOMAS E. PROCTOR HEIRS TRUST DATED             :
OCTOBER 28, 1980                                :
TRUSTEES OF THE THOMAS E. PROCTOR               :
HEIRS TRUST                                     :
                                                :
            v.                                  :
                                                :
FOREST RESOURCES, LLC,                          :
KOCJANCIC FAMILY LIMITED                        :
PARTNERSHIP, HAROLD H.                          :

WOLFINGER, JR., ULTRA
RESOURCES, INC., JACKSON
CORNERS SPORTSMEN, INC.,
NORTHERN FORESTS II, INC., AND
INTERNATIONAL DEVELOPMENT
CORPORATION
TRUSTEES OF THE THOMAS E. PROCTOR
HEIRS TRUST

     v.

SOUTHWESTERN ENERGY
PRODUCTION COMPANY AND
LANCASTER EXPLORATION &
DEVELOPMENT CO., LLC,

     v.

TRUSTEES OF THE MARGARET O. F.
PROCTOR TRUST

PETITION OF: LANCASTER
EXPLORATION & DEVELOPMENT CO.,
LLC

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is

**DENIED**.